UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NATIONAL FREIGHT, INC.
           Plaintiff

v.

FREEDOM GRAPHIC SYSTEMS, INC.
           Defendant.

Case No. 3:09 CV 198

---

## STIPULATION AND ORDER OF DISMISSAL

---

Plaintiff wants to discontinue prosecution of this case and Defendant does not object thereto;

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the parties by their respective counsel, that this action shall be and hereby is dismissed without prejudice and without further costs against any party.

Dated: 5/25/09

MURPHY DESMOND S.C.
Attorneys for Plaintiff

By: _____
Robert A. Pasch
State Bar No.: 1014211
33 East Main Street, Suite 500
P.O. Box 2038
Madison, WI 53701
(608) 257-7181

Dated: 5/28/9

DAVIS & KUELTHAU, S.C.
Attorneys for Defendant

By: _____
Attorney Joseph E. Tierney, IV
State Bar No. 1020664
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
(414) 225-1420

- 2 -

## ORDER OF DISMISSAL

Upon the pleadings and papers on file herein and the above stipulation,

**IT IS ORDERED** that this action be and is hereby dismissed, without prejudice and without further costs against any party.

Dated this 29TH day of MAY, 2009.

BY THE COURT:

_____
Stephen Crocker, US Magistrate Judge